# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF ANIMALS<br>777 Post Road, Suite 205<br>Darien, CT 06820<br><br>      Plaintiff,<br>v.<br><br>AMANDA MCADAMS,<br>Forest Supervisor,<br>Modoc National Forest,<br>225 West 8th Street<br>Alturas, CA 96101; and<br>THE UNITED STATES FOREST SERVICE,<br>an agency of the United States<br>1400 Independence Ave, SW<br>Washington, D.C. 20250<br><br>      Defendants. | Case No. 1:18-CV-02412-JEB<br><br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(i))** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Friends of Animals hereby dismisses the above captained case without prejudice.

Dated: November 8, 2018

Respectfully submitted,

/s/ Michael Ray Harris
Michael Ray Harris (DC Bar # CO0049)
Director, Wildlife Law Program
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
(720) 949-7791
michaelharris@friendsofanimals.org

*Attorney for Plaintiff*